PHILLIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
MARCELO ILLARMO, MA BBO 670079
    Special Assistant United States Attorney
    Social Security Administration
    160 Spear Street, Suite 800
    San Francisco, CA 94105
    Telephone: (415) 977-8944
    Facsimile: (415) 744-0134
    Email: Marcelo.Illarmo@ssa.gov
Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSIE GARZA, | Case No. 2:16-cv-01706-KJN |
|     Plaintiff, | STIPULATION AND ORDER FOR A FIRST EXTENSION TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |
| v. | |
| NANCY A. BERRYHILL,[1] Acting Commissioner of Social Security, | |
|     Defendant. | |

IT IS HERE BY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that Defendant shall have a first extension of time of 30 days to respond to Plaintiff's motion for summary judgment:

- Defendant shall serve and file any opposition or counter-motion on or before April 12, 2017;

---

[1] Nancy A. Berryhill is now the Acting Commissioner of Social Security. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Nancy A. Berryhill should be substituted for Acting Commissioner Carolyn W. Colvin as the defendant in this suit. No further action needs to be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

Stip. & Order for Extension, 2:16-cv-01706-KJN

- Plaintiff may serve and file a reply within twenty days of service of defendant's opposition or counter-motion (on or before May 2, 2017).

Good cause exists to grant an extension because the Defendant has a higher workload than normal and needs more time to respond to Plaintiff's motion. In addition, Defendant's counsel will be on leave from March 3, 2017 to March 13, 2017.

Respectfully submitted,

Date: March 1, 2017

By: /s/ *Josephine Mary Gerrard*\*
JOSEPHINE MARY GERRARD

Attorney for Plaintiff
\*By email authorization on 3/1/17

Date: March 1, 2017   PJILLIP A. TALBERT
United States Attorney

By: /s/ *Marcelo Illarmo*
MARCELO ILLARMO
Special Assistant United States Attorney
Attorneys for Defendant

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: March 2, 2017

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE